## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 27  

**IP Address:** 70.19.48.91  
**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1F2C5F4B6B5C68130A465DC3DFDDB762C9FD8F8E<br>File Hash: 9BA7602C4DC7C8C5E2B2E278331BAD07FB7B0F1F7FB7BC3A2CB4DDB75E035D85 | 04-06-2021 02:17:04 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 2 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 04-04-2021 14:55:14 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 3 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 04-04-2021 14:44:33 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 4 | Info Hash: A7BCD80A324952706C46C6614807A6D331A8E3B6<br>File Hash: 69C65B35E7C5DD71106A07F56B806E7F394E94E510E5727A598B56F035E8EDCD | 04-04-2021 14:44:24 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 5 | Info Hash: 02FE4EF38EA9D42FC33E9119A61CF936C64696E4<br>File Hash: 390F8E8A2CC9B1C3B3390E828BCAC8931C705EF3677A905AB336EC7DA9557D82 | 12-16-2020 14:00:25 | Vixen | 06-23-2017 | 07-07-2017 | PA0002070829 |
| 6 | Info Hash: 0DE226C4A938728B92BC359169FFE761D63B8DC1<br>File Hash: 73400DACE8A0BD00081CDB4AC64E01BAC138415B843F40559207CB0E682912F7 | 03-26-2020 01:21:10 | Vixen | 03-04-2020 | 04-17-2020 | PA0002246168 |
| 7 | Info Hash: F7BD86D36263BDC7B15FC669EE35A198650C967B<br>File Hash: 4E5D0760EAFE9C76C4C66352D9CDA86F489F0826FBDF44FAEBE95BC05107A20D | 02-15-2020 19:45:27 | Vixen | 06-03-2019 | 07-17-2019 | PA0002188305 |
| 8 | Info Hash: 4869D0B4EF999CDA652FC1822C20764020F7755B<br>File Hash: 202F19B26A17E023CC00097F493DF16EFA491C19F7224EA3B7C956F0C63822F4 | 01-24-2020 04:51:57 | Vixen | 01-14-2020 | 02-03-2020 | PA0002236203 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1824C8040F5A4D239F5F875ECDD51C5901F5DD07<br>File Hash: C71376D6CE58980B5F413B8F685898D8A992E2AF5F01D4392F6DAACCD2CD6FB5 | 01-24-2020 04:50:31 | Vixen | 01-19-2020 | 02-20-2020 | PA0002237691 |
| 10 | Info Hash: 111AF0F480E619AE224D6920F94278D4E7C5047F<br>File Hash: E75F306D7D0307EB89BB4D411FD7F1880C9547DCB10A0EBF25A7D39CAD0A8CA5 | 01-24-2020 04:46:16 | Vixen | 12-30-2019 | 01-27-2020 | PA0002223956 |
| 11 | Info Hash: FC11A62A9461A481286999BE964D82FBA9421AD2<br>File Hash: 10443BC5A357926805D15E93EE94AC537BC82952C0533D938C13B94051567BDB | 12-03-2019 03:23:52 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |
| 12 | Info Hash: 5806567A714B7378B99F84D7D3EE7D2644EFBC42<br>File Hash: 56DE6BEFA9E1F3CD6574CE282C31FD7E4D3F9E41E0AD744E8EE60E5F6D6B9499 | 12-03-2019 03:22:47 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |
| 13 | Info Hash: F452223708C79DD2808A5CF333423ED95D7C72ED<br>File Hash: 8A147E80E2111BCA23308EEDC6BD0CA18732813273B1D50560E3D61E3845A79B | 12-03-2019 03:19:55 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 14 | Info Hash: 31E69FE155C4CA617BAF4D8F6C933DF4CDFC287F<br>File Hash: A9C0E343799E4041A71CBA11AD4BBF172A23902405B636AE32FFB8BDD5D5A4BD | 12-03-2019 03:19:41 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 15 | Info Hash: 7A32700751133765173A52DCA07F3E727E72DBA1<br>File Hash: D01578070A186388877C9B3AC910493B3D9D1396190CD75DE403A7FDDBBB70BB | 11-26-2019 05:13:43 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 16 | Info Hash: 597FC5AAF3773A6732F1E999A540F8F715A71648<br>File Hash: 72E8D154DE4E501074E07037611FEBE8F7E5F7F64EBF085377FD459F1948EF98 | 06-02-2019 16:36:18 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 17 | Info Hash: C9F33CBBA97AD447098DDEBA78E24020D3938C10<br>File Hash: D251B62A82C8F59D740F9B3CB21B829B90D45CBE01F3BA6BF71F5438F3270448 | 06-01-2019 01:46:10 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 0F6F8E7DBDD96E830883F2ABA5DCD07DBCA7CC33<br>File Hash: 6E537FB8943B3EDD1670EED5060A3089B9D70D147FD4485D0DF8B5CB360D113A | 06-01-2019 01:46:10 | Vixen | 01-24-2019 | 03-24-2019 | PA0002183209 |
| 19 | Info Hash: 2792CFE99C40641407BFC00440005D0FBAC48D6F<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 05-27-2019 07:52:14 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 20 | Info Hash: 315D6998E997E35BA990750436DC4FCC9A8D1E5D<br>File Hash: 0E37654E33ECDB734A7E5DB1FB6D985CE23524DD2A4333ACCB36D2C304E80345 | 05-25-2019 19:52:38 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 21 | Info Hash: C445D7931A7B1AFA0245F8B198CF1499CA82A9BA<br>File Hash: E9D02D132C2E063A9B95F188DC1BE2B38EC833202D9091EB744005C3AFBDA719 | 05-25-2019 19:46:42 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |
| 22 | Info Hash: 69AD098BBE790BE118953F4FA58C656111EAFADF<br>File Hash: 878746D8E0B08EB4EEB3E6C5E99C38753DF8444CA08C48BF04E705163D7CFB56 | 05-25-2019 19:40:47 | Vixen | 01-04-2018 | 01-15-2018 | PA0002070947 |
| 23 | Info Hash: 104A070B3C1EAE224A2AE6095147C8F7AFCA010B<br>File Hash: 29CA4E08ED0426A4F4838FF45E8D0D6EE8F977BB3260316F2F2499D0AC5508CC | 05-25-2019 19:40:45 | Vixen | 02-13-2018 | 03-02-2018 | PA0002104793 |
| 24 | Info Hash: ED7066BDB70A52BA3E8705E2E45873A2AA13C466<br>File Hash: 1D2822D462CD07BC6AB532B4D73B5522EF33CC60A042D0EDAA911876DA1D6ABC | 05-25-2019 19:28:38 | Vixen | 10-16-2017 | 10-19-2017 | PA0002090451 |
| 25 | Info Hash: C351A7453B8A63DC8358391C8707EF05BC3C2442<br>File Hash: 8D4F816804B11B0FE7017B789DBBA188AA09744148CA73DEC2B8FE198B49C6FF | 05-25-2019 19:28:38 | Vixen | 01-04-2019 | 01-22-2019 | PA0002147681 |
| 26 | Info Hash: C0E85250C4665B97E6430774E95F95EEF1572F2C<br>File Hash: 7B580766221DC503AD8D48F278FD435863C1F65ACFFF34CB8FF1A5C4A55781CF | 05-25-2019 19:28:38 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 288E0948405109A670950D4BA16470FD2A5D75C3<br>File Hash: A024591019EB9C4FD9108120C068BF0057C5559BCC9A84AA6240B0635CC8FF89 | 05-25-2019 19:28:38 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |